Case 20-20646-GLT    Doc 29    Filed 09/14/20    Entered 09/14/20 14:23:57    Desc Main
                                Document         Page 1 of 1

FILED
9/14/20 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** KIMBERLY A CLINE
- **Case Number:** 20-20646-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 10, 2020 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#16 - Final Confirmation of Plan Dated 3/16/2020 (NFC)
R / M #: 16 / 0

### Appearances:

*Corbett*

- Debtor:
- Trustee: Winnecour / Pail / Katz / **DeSimone**
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __12-17-20__ at __10:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

*continue for resolution of mortgage issues*

9/2/2020    4:59:20PM