# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** KIMBERLY A CLINE
- **Case Number:** 20-20646-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 17, 2020 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/21/20 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#16 - Continued Confirmation of Plan Dated 3/16/2020 (NFC)
R / M #: 16 / 0

### Appearances:

- **Debtor:** Corbett
- **Trustee:** Winnecour / Pall / Katz / DeSimone  Warmbrodt
- **Creditor:**

### Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3/11/21 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/8/2020  11:14:39AM