Case 20-20646-GLT    Doc 37    Filed 05/06/21    Entered 05/06/21 11:48:32    Desc Main
Document    Page 1 of 1
FILED
5/6/21 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  20-20646-GLT |
| | : | Chapter:  13 |
| Kimberly A Cline | : | |
| | : | |
| | : | Date:  5/5/2021 |
| *Debtor(s).* | : | Time:  01:00 |

### PROCEEDING MEMO

**MATTER:**   # 33 Objection to Claim of MTGLQ Investors, L.P.. At claim number 1.
   # 36 - Response filed by MTGLQ Investors, L.P.

**APPEARANCES**:
   Debtor:   Francis E. Corbett (debtor present)
   MTGLQ:   Maria Miksich

**NOTES:** (1:25)

Corbett:  We've agreed that additional discovery would be helpful.  If we can sort through facts we'd be in a better position to work to a reasonable resolution. If we could continue 45-60 days for discovery we could get what we need and then a continued hearing within 60 days.

Miksich: We agree to a continuance.   We do believe this isn't a proper claim objection, but we don't have an issue consenting to a continuance.

Court:  I do not have an issue with continuing on these grounds to exchange information.  I will continue the objection and will require a status report one week before the hearing.

**OUTCOME:**

1. Debtor's *Objection to Claim of MTGLQ Investors, L.P.. At claim number 1.*  [Dkt. No. 33] is CONTINUED to June 30, 2021 at 9 a.m.  To the extend the matter remains unresolved, on or before June 23, 2021, the Debtor shall file a status report identifying all outstanding issues [Text Order to Issue]

**DATED:**  5/5/2021