FILED
6/4/21 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** KIMBERLY A CLINE
- **Case Number:** 20-20646-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 03, 2021  09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#16 - Continued Confirmation of Plan Dated 3/16/2020 (NFC)
R / M #: 16 / 0

### Appearances:                 Corbett

- Debtor:
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:  Maria Miksich: MTGLQ Investors

### Proceedings:

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  8-12-21  at  9:00 .
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Continue for resolution of objection to mortgage claim