FILED
7/16/21 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20646-GLT |
| | ) | |
| Kimberly A. Cline, | ) | Chapter 13 |
|     Debtor, | ) | |
| | ) | Related to Claim No. 1 |
| Kimberly A. Cline, | ) | |
|     Movant, | ) | Document No. |
| | ) | Related to Doc. Nos. 43 |
| vs. | ) | |
| | ) | |
| MTGLQ Investors, L.P., | ) | |
|     Respondent. | ) | |
| | ) | |

## STIPULATION AND CONSENT ORDER FOR MEDIATION

Consistent with the Court's Text Order dated July 1, 2021, and by the agreement of the parties it is hereby Ordered as follows:

1. The parties agree to the appointment of Norman Gilkey, Esquire to serve as the Mediator in this action.

2. The Mediator agrees to charge the parties at the rate of $350 per hour, to be shared equally by the parties. The Mediator agrees to limit his fees to a total of $3,500 unless additional amounts are approved by the parties after consultation with the Mediator or the Mediator advises the parties that he will perform the additional services in excess of $3,500 on a pro bono basis.

3. The Debtor agrees to submit a loan modification application and a ledger of all payments to the Respondent by August 10, 2021.

4. The Mediation process will be conducted pursuant to the Local Rules of this Court. The Parties each acknowledge that persons with authority to resolve the matter must attend the mediation session.

5. The proposed Mediator has advised the parties, and through this Stipulation and Consent Order advises the Court, that in 2012 he represented a client which was adverse to the Respondent. The Mediator further advises that the matter was concluded years ago, he no longer represents that client and he has not again been adverse to the Respondent. Neither the parties nor the proposed Mediator see this as a reason for disqualifying the proposed Mediator from serving.

      6. The Mediation is to be completed by September 30, 2021.

**DATED: 07/14/21**  /s/Francis E. Corbett_____
Francis E. Corbett, Esquire    PA ID #37594
Mitchell Building - 707
304 Ross Street
Pittsburgh, PA  15219
(412) 456-1882
fcorbett@fcorbettlaw.com

**DATED: 07/14/21**  /s/Denise Carlon_____
Denise Carlon, Esquire    PA ID #317226
KML Law Group, P.C.
2591 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143
412-430-3589
dcarlon@kmllawgroup.com

**DATED: 07/14/21**  /s/Norman E. Gilkey_____
Norman E. Gilkey, Esquire    PA ID #34310
Babst Calland Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222
(412) 394-5626
ngilkey@babstcalland.com

It is so Ordered.

Date: July 16, 2021

BY THE COURT:

_____
Gregory␣␣Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20646-GLT |
| Kimberly A Cline | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A Cline, 6 Thompson Street, Finleyville, PA 15332-9435 |
| | #+ | Denise Carlon, Esq., KML Law Group, P.C., 2591 Wexford-Bayne Road, Suite 201, Sewickley, PA 15143-8676 |
| | | Norman E. Gilkey, Esquire, Babst Calland Clements & Zomnir, P.C., Two Gateway Center, 8th Floor, Pittsburgh, PA 15222 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MTGLQ Investors L.P. bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Kimberly A Cline fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Maria Miksich | on behalf of Creditor MTGLQ Investors L.P. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2            User: lfin            Page 2 of 2

Date Rcvd: Jul 16, 2021            Form ID: pdf900            Total Noticed: 3

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 6