**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/13/21 6:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: Kimberly A. Cline
                Debtor(s)

Kimberly A. Cline
                Movant
    v.
MTGLQ Investors, L.P.
                Respondent

BK. NO. 20-20646 GLT

CHAPTER 13

Related Dkt. No.46

## STIPULATION AND CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS a stipulation and consent order for mediation was filed on July 16, 2021 (Doc. 44);

WHEREAS the parties have discussed the terms of the mediation in more detail and enter into this stipulation to clarify the terms of the mediation.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1.     The mediation is scheduled for September 13, 2021 at 9 a.m. at the law offices of Babst Calland Clements & Zomnir, P.C.

2.     All parties agree to the following persons appearing in person for the mediation:

    a. Francis E. Corbett, Esquire, Attorney for Debtor

    b. Kimberly A. Cline, Debtor

    c. Maria D. Miksich, Esquire, Attorney for Respondent

3.     All parties agree that, due to the increase in positive Covid cases, a representative from Shellpoint Mortgage Servicing, the current servicer of the loan, is permitted to appear via Zoom for the mediation, and a representative of MTGLQ Investors, L.P. is not required to attend the mediation.

4. All parties agree that, due to being located in the State of New Jersey, Brian C. Nicholas, Esquire, Attorney for Respondent, is permitted to appear telephonically or via Zoom for the mediation.

Consented to by:

**/s/ Francis E. Corbett**
Francis E. Corbett, Esq., PA ID 37594
Mitchell Building - 707
304 Ross Street
Pittsburgh, PA 15219
Phone: 412-456-1882
Email: fcorbett@fcorbettlaw.com
Attorney for Debtor

**/s/ Maria D. Miksich**
Maria D. Miksich, Esq., PA ID 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (412-430-3589)
Email: mmiksich@kmllawgroup.com
Attorney for Respondent

**/s/ Norman E. Gilkey**
Norman E. Gilkey, Esq., PA ID 34310
Babst Calland Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222
Phone: 412-394-5626
Email: ngilkey@babstcalland.com
Mediator

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: August 13, 2021

_____ J.
GREGORY␣TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20646-GLT |
| Kimberly A Cline | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A Cline, 6 Thompson Street, Finleyville, PA 15332-9435 |
| | | Norman E. Gilkey, Esq, Babst Calland Clements & Zomnir, P.C., Two Gateway Center, 8th Floor, Pittsburgh, PA 15222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MTGLQ Investors L.P. bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Kimberly A Cline fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Maria Miksich | on behalf of Creditor MTGLQ Investors L.P. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Aug 16, 2021 Form ID: pdf900 Total Noticed: 2

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 6