# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Kimberly A. Cline | | BK. NO. 20-20646 GLT |
| Debtor(s) | | |
| Kimberly A. Cline | Movant | CHAPTER 13 |
| v. | | |
| MTGLQ Investors, L.P. | | Document No. ____ |
| | Respondent | Related to Document No. 44 |

## REPORT OF MEDIATOR

AND NOW, comes Norman E. Gilkey, Esquire, the Mediator appointed by this Honorable Court on July 16, 2021 at Document No. 44, and files his Report as follows:

1.     On September 13, 2021, the Mediator conducted a Mediation Session at his offices in Pittsburgh.  Present in person for the Session were Movant Kimberly Cline and her counsel, Attorney Francis Corbett, Respondent's counsel, Attorney Maria Miksich, and Ms. Cline's cousin, Mary DiClaudio.  Ms. DiClaudio was present with the consent of the Respondent, which agreed that her presence would not have any impact on the confidentiality of the Mediation process.  Present by Zoom, as permitted by the Court, was Eric Blake of Shellpoint Mortgage Servicing on behalf of the Respondent.  Present by telephone, as also permitted by the Court, was another counsel to the Respondent, Attorney Brian Nicholas.

2.     As a result of the Session, as well as numerous email and telephone communications between the Mediator and counsel going back to July, the parties reached a settlement.  The terms of the settlement will be embodied within a joint motion seeking the

1

Court's approval of a trial modification of Ms. Cline's mortgage with the Respondent and dismissal of this Chapter 13 case (the "Motion").  The parties contemplate filing this Motion by the end of September.

3. The Mediator is treating the Mediation process as remaining open in the event the parties require further assistance in finalizing settlement terms and pending this Court's action as to the Motion.  If the Motion is approved by the Court, the Mediator will automatically deem the Mediation process to be fully completed.

4. In the belief that the parties will not require further assistance from the Mediator and that the Court will approve the Motion, the Mediator will be submitting to the parties' counsel his invoice for services, which the Mediator envisions will likely be his first and final invoice.

5. The Mediator thanks the Court for appointing him to serve.  The Mediator also has to make it known to the Court that the participants in this Mediation process, both parties and their counsel, were extremely cooperative and helpful to the Mediator and to each other.  In no small way, this spirit facilitated the ability of the Mediator to help the parties achieve a settlement.

Dated:  September 14, 2021

/s/  Norman E. Gilkey
Norman E. Gilkey, Esquire
PA I.D. No. 34310
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 6th Floor
Pittsburgh, PA  15222
412-394-5626
ngilkey@babstcalland.com
Mediator

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Kimberly A. Cline<br><br>                              Debtor(s)<br><br>Kimberly A. Cline<br><br>                              Movant<br>                v.<br>MTGLQ Investors, L.P.<br><br>                              Respondent | BK. NO. 20-20646 GLT<br><br>CHAPTER 13<br><br>Document No. ____<br>Related to Document No. 44 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Report of Mediator was electronically filed and served electronically upon all registered counsel of record in the captioned Adversary Proceeding the 14th day of September, 2021, being in particular Francis Corbett at fcorbett@fcorbettlaw.com, and Maria Miksich at MMiksich@kmllawgroup.com.

Dated:  September 14, 2021          */s/  Norman E. Gilkey*
                                                      Norman E. Gilkey, Esquire
                                                      PA I.D. No. 34310
                                                      Babst, Calland, Clements & Zomnir, P.C.
                                                      Two Gateway Center, 6th Floor
                                                      Pittsburgh, PA  15222
                                                      412-394-5626
                                                      ngilkey@babstcalland.com
                                                      Mediator