**WPAB FORM 7**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | ) **Case No. 20-20646-GLT** |
| | | ) |
| **Kimberly A. Cline,** | | ) **Chapter 13** |
| | **Debtor,** | ) |
| | | ) **Related to Claim No. 1** |
| **Kimberly A. Cline,** | | ) |
| | **Movant,** | ) **Document No.** |
| | | ) **Related to Doc. No. 54** |
| **vs.** | | ) |
| | | ) **Hearing Date: 10/20/21 9:00 a.m.** |
| **MTGLQ Investors, L.P.,** | | ) |
| | **Respondent.** | ) **Response Due: 10/05/21** |
| | | ) |

### Corrective Certificate of Service of Amended Notice of Hearing

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below via NECF to the following:

Ronda J. Winnecour, Chapter 13 Trustee cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee ustpregion03.pi.ecf@usdoj.gov
Brian Nicholas, Esquire bnicholas@kmllawgroup.com
Norman E. Gilkey, Esquire ngilkey@bccz.com
S. James Wallace, Esquire swallace@grblaw.com

And on the remaining parties to the attached mailing matrix by first class mail.

EXECUTED ON: 09/16/21

/s/ Francis E. Corbett
Signature

Francis E. Corbett.
Typed Name

304 Ross Street, 707, Pittsburgh, PA 15219
Address

(412) 456-1882   fcorbett@fcorbettlaw.com
Phone No. and E-mail Address

PA I.D. #37594
List Bar I.D. and State of Admission

Label Matrix for local noticing
0315-2
Case 20-20646-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Sep 14 13:22:41 EDT 2021

Kimberly A Cline
6 Thompson Street
Finleyville, PA 15332-9435

Francis E. Corbett
Mitchell Building - 707
304 Ross Street
Pittsburgh, PA 15219-2124

Norman E. Gilkey
Babst Calland
Two Gateway Center
Pittsburgh, PA 15222

Norman E. Gilkey
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222

Kevin McDonald, Esquire
KML Law Group
701 Market St., Suite 5000
Philadelphia, PA 19106-1541

MTGLQ Investors, L. P.
6011 Connection Drive
Irving, TX 75039-2607

MTGLQ Investors, L.P.
Bankruptcy Department
P.O. Box 10826
Greenville, SC 29603-0826

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

The Receivable Management Services LLC
P.O. Box 19646
Minneapolis, MN 55419-0646

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MTGLQ Investors, L.P.

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19