**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | ) **Case No. 20-20646-GLT** |
| | | ) |
| **Kimberly A. Cline,** | | ) **Chapter 13** |
| | Debtor, | ) |
| | | ) **Related to Claim No. 1** |
| **Kimberly A. Cline,** | | ) |
| | Movant, | ) **Document No.** |
| | | ) **Related to Doc. No. 54** |
| vs. | | ) |
| | | ) **Hearing Date: 10/20/21 9:00 a.m.** |
| **MTGLQ Investors, L.P.,** | | ) |
| | Respondent. | ) **Response Due: 10/05/21** |
| | | ) |

**Certification of No Objection Regarding
Motion to Approve Settlement and Dismiss Case–
Document No. 54**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 15, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 5, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 10/06/21

/s/ Francis E. Corbett
**Francis E. Corbett, Esquire, PA I.D. #37594**
**fcorbett@fcorbettlaw.com**
**Mitchell Building - 707**
**304 Ross Street**
**Pittsburgh, PA  15219**
**(412) 456-1882**