FILED
10/7/21 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20646-GLT |
| | ) | |
| Kimberly A. Cline, | ) | Chapter 13 |
|     Debtor, | ) | |
| | ) | Related to Claim No. 1 |
| Kimberly A. Cline, | ) | |
|     Movant, | ) | Document No. |
| | ) | Related to Doc. No. 54 |
| vs. | ) | |
| | ) | Hearing Date: 10/20/21 9:00 a.m. |
| MTGLQ Investors, L.P., | ) | |
|     Respondent. | ) | Response Due: 10/05/21 |
| | ) | |

## ORDER OF COURT

On the Motion to Approve Settlement and Dismiss Case filed by the Debtor, it is hereby Ordered that the Settlement reached by the parties for the Trial Period Plan and contingent Mortgage Loan Modification is approved.

It is further Ordered that this case is dismissed, subject to final distribution on the funds on hand with the Chapter 13 Trustee. The Court will issue a separate order dismissing the case.

Order prepared by Francis Corbett.

Date: October 7, 2021

DEFAULT
ENTRY

BY THE COURT:

_____
Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20646-GLT |
| Kimberly A Cline | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

**Recip ID        Recipient Name and Address**
db            + Kimberly A Cline, 6 Thompson Street, Finleyville, PA 15332-9435

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

**Name            Email Address**

Brian Nicholas
    on behalf of Creditor MTGLQ Investors  L.P. bnicholas@kmllawgroup.com

Francis E. Corbett
    on behalf of Debtor Kimberly A Cline fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

Maria Miksich
    on behalf of Creditor MTGLQ Investors  L.P. mmiksich@kmllawgroup.com

Norman E. Gilkey
    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2      User: lfin      Page 2 of 2
Date Rcvd: Oct 07, 2021      Form ID: pdf900      Total Noticed: 1

S. James Wallace
           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7