**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KIMBERLY A CLINE | Case No.:20-20646 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/25/2020 and confirmed on 06/22/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,900.00 |
| Less Refunds to Debtor | 701.23 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,198.77 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,338.67 | |
| Trustee Fee | 1,188.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,526.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MTGLQ INVESTORS LP<br>Acct: 3307 | 0.00 | 16,211.23 | 0.00 | 16,211.23 |
| MTGLQ INVESTORS LP<br>Acct: 3307 | 0.00 | 1,460.87 | 0.00 | 1,460.87 |
| MTGLQ INVESTORS LP<br>Acct: 3307 | 63,600.23 | 0.00 | 0.00 | 0.00 |
| MTGLQ INVESTORS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 17,672.10 |
| **Priority** | | | | |
| FRANCIS E CORBETT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KIMBERLY A CLINE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KIMBERLY A CLINE<br>Acct: | 701.23 | 701.23 | 0.00 | 0.00 |
| FRANCIS E CORBETT ESQ<br>Acct: | 3,310.00 | 1,338.67 | 0.00 | 0.00 |

| 20-20646 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | RMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4927 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7257 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS     17,672.10

TOTAL CLAIMED
PRIORITY     0.00
SECURED     63,600.23
UNSECURED     0.00

Date: 12/16/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com